### NOELLE ET AL. *vs.* SOLOMAN.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS.

Appeal taken for delay, and judgment affirmed with the maximum of damages.

This is an action against the maker of a promissory note. There was a general denial, and no defence at the trial.

The court was of opinion, the defendant, by his plea or answer, admitted the note sued on to be his, gave judgment for the plaintiff, without any other evidence. The defendant appealed.

*L. C. Duncan*, for the plaintiff, prayed the affirmance of the judgment, with damages.

*Bullard, J.*, delivered the opinion of the court.

This is an action upon a promissory note, and the defendant has appealed from the judgment rendered against him as maker. The appeal was manifestly taken merely for delay.

The judgment of the City Court is, therefore, affirmed, with costs, and ten per cent. damages.